DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**M.F.**, The Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM PROGRAM**,
Appellees.

No. 4D22-2419

[May 2, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Shari Africk-Olefson, Judge; L.T. Case No. 19-2681CJDP.

Kevin G. Thomas, Sunny Isles Beach, for appellant.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Kristie L. Hatcher-Bolin of Statewide Guardian ad Litem Office Defending Best Interest Project, Gray Robinson, P.A., Lakeland, and Sara Elizabeth Goldfarb of Statewide Guardian ad Litem Office, Tallahassee, for appellee Guardian Ad Litem on behalf of C.F.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***